IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD THOMAS, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-174 |
| | : | |
| CLIFT, *et al.* | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 28th day of October, 2021, upon consideration of Plaintiff Donald Thomas's *pro se* Amended Complaint (ECF No. 19), it is **ORDERED** that the Amended Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B) as follows:

1. All federal constitutional claims are **DISMISSED WITH PREJUDICE**.

2. All state law claims are **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is **DIRECTED** to close this case.

                                                                       **BY THE COURT:**

                                                                       /s/Wendy Beetlestone, J.

                                                                       **WENDY BEETLESTONE, J.**